NAN MATTOX HERNDON v. JACK DENNIS HERNDON.

(Filed 16 April, 1958)

**Divorce and Alimony § 12:    Judges § 2a—**

The resident judge of the district has the jurisdiction to hear and determine motion for reasonable subsistence and counsel fees *pendente lite* in an action for alimony without divorce. G.S. 50-16.

APPEAL by defendant from *Bickett, J.,* in Chambers, October 22, 1957, at Raleigh, County of WAKE.

Civil action for allotment of subsistence and support without divorce, and for reasonable subsistence and counsel fees *pendente lite.*

Upon a hearing the resident judge of the Superior Court, Tenth Judicial District, at Raleigh, N. C., finding from the pleadings and affidavits that plaintiff and defendant were married on 28 December, 1956; that defendant separated himself from plaintiff on 22 July, 1957, and that he has since failed to provide plaintiff with necessary subsistence according to his means and station in life, entered an order for subsistence and counsel fees, and retained the cause subject to further orders of the court.

Defendant excepted thereto, and appeals to Supreme Court and assigns error.

*Charles M. Griwn, J. Harold Griffin, for plaintiff, appellee.*
*Emanuel & Emanuel, for defendant, appellant.*

. PER CURIAM: The only assignment of error presented on this appeal is based upon exception to the order entered, and to. the signing thereof.

The record discloses that this action was instituted, and has been prosecuted thus far, in accordance with provisions of G.S. 50-16. Hence the resident judge of Superior Court was empowered to make the order from which appeal is taken. See *Olham v. Oldham*, 225 N.C. 476 35 S.E. 2d 332. Therefore, the order is
. Affirmed.